# EXHIBIT B

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Interim Sheriff Fran Gomez<br>and/or Officer/Person In Charge<br>Van Cise-Simonet Detention Center<br>490 W Colfax Ave., Denver, CO 80204 | **IMMIGRATION ENFORCEMENT SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |

Subpoena Number
ERO-ENF-DEN-202000003

2. In Reference To

Cecelio Torres-Ibarra investigation         A094 986 046
(Title of Proceeding)                       (File Number, if Applicable)

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

3. (A) CBP, ICE or USCIS Official before whom you are required to appear

Name David Thompson (David.K.Thompson@ice.dhs.gov)

Title   Supervisory Detention and Deportation Officer

Address 12445 E Caley Ave
        Centennial, CO 80111

Telephone Number 720-873-2842

(B) Date  01/27/2020

(C) Time  3:00   ☐ a.m. ☒ p.m.

4. Records required to be produced for inspection

1. Documents sufficient to establish the following for Cecelio Torres-Ibarra: Home Address, Employment Address, Country of Birth, Place of Birth, Age, Identification Documents (i.e. driver license number and state, foreign identification card number and country, passport number and country), Bond Information to include the obligor name and address, Federal Bureau of Investigation Number, Emergency Contact address and phone number, including copies of all identification documents.
2. Documents that show the criminal charge relating to Cecelio Torres-Ibarra where the arrest date was November 9, 2019, and the charge was Sexual Assault, under Booking Number: 19-374409).

5. Authorized Official

(Signature)
Ronald Strong
(Printed Name)
Assistant Field Office Director
(Title)
01/13/2020
(Date)

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

DHS Form I-138 (6/09)

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on _1/13/2020_ (Date), I served this subpoena on the witness named in Block 1 in the following manner:

_In-person at the Denver Justice Center_
(Details of how service was effected)

_[signature]_
(Signature of Official Serving Subpoena)

_BRET TALBOT_
(Printed Name of Official Serving Subpoena)

_Supervisory Detention and Deportation Officer_
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature: _[signature]_

Title: _Captain Bob Hall_

Date: _1/13/2020_

Time: _4:12_ ☐ a.m. ☑ p.m.

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Interim Sheriff Fran Gomez<br>and/or Officer/Person In Charge<br>Van Cise-Simonet Detention Center<br>490 W Colfax Ave., Denver, CO 80204 | **IMMIGRATION ENFORCEMENT SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |

Subpoena Number
ERO-ENF-DEN-202000004

2. In Reference To

Olman Ramirez-Ramirez investigation        A088 362 964

(Title of Proceeding)        (File Number, if Applicable)

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

3. (A) CBP, ICE or USCIS Official before whom you are required to appear

Name David Thompson (David.K.Thompson@ice.dhs.gov)

Title Supervisory Detention and Deportation Officer

Address 12445 E Caley Ave
        Centennial, CO 80111

Telephone Number 720-873-2842

(B) Date 01/27/2020

(C) Time 3:00   ☐ a.m. ☒ p.m.

4. Records required to be produced for inspection

1. Documents sufficient to establish the following for Olman Ramirez-Ramirez: Home Address, Employment Address, Country of Birth, Place of Birth, Age, Identification Documents (i.e. driver license number and state, foreign identification card number and country, passport number and country), Bond Information to include the obligor name and address, Federal Bureau of Investigation Number, Emergency Contact address and phone number, including copies of all identification documents.
2. Documents that show the criminal charge relating to Olman Ramirez-Ramirez where the arrest date was November 29, 2019, and the charges were Making a False Report-False Information and two counts of Simple Assault-Domestic Violence, Booking Number: 19-376045.

5. Authorized Official

_(Signature)_
Ronald Strong
(Printed Name)
Assistant Field Office Director
(Title)
01/13/2020
(Date)

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

DHS Form I-138 (6/09)

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

### A. CERTIFICATE OF SERVICE

I certify that on __1/13/2020__ (Date), I served this subpoena on the witness named in Block 1 in the following manner:

__In-person at the Denver Justice Center__
(Details of how service was effected)

_____
(Signature of Official Serving Subpoena)

__BRET TALBOT__
(Printed Name of Official Serving Subpoena)

__Supervisory Detention and Deportation Officer__
(Title of Official Serving Subpoena)

### B. ACKNOWLEDGMENT OF RECEIPT

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature: _____

Title: Captain Bob Hall

Date: 1/13/2020

Time: 4:12 ☐ a.m. ☑ p.m.

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Interim Sheriff Fran Gomez<br>and/or Officer/Person In Charge<br>Van Cise-Simonet Detention Center<br>490 W Colfax Ave., Denver, CO 80204 | **IMMIGRATION ENFORCEMENT SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |

Subpoena Number
ERO-ENF-DEN-202000002

2. In Reference To

Juan Miguel Sanchez-Martin investigation   A079 812 264

(Title of Proceeding)   (File Number, if Applicable)

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear | (B) Date 01/16/2020 |
|---|---|
| Name David Thompson (David.K.Thompson@ice.dhs.gov)<br>Title Supervisory Detention and Deportation Officer | |
| Address 12445 E Caley Ave<br>Centennial, CO 80111 | (C) Time 3:00  ☐ a.m. ☒ p.m. |
| Telephone Number 720-873-2842 | |

4. Records required to be produced for inspection

1. Documents sufficient to establish the following for Juan Miguel Sanchez-Martin: Home Address, Employment Address, Country of Birth, Place of Birth, Age, Identification Documents (i.e. driver license number and state, foreign identification card number and country, passport number and country), Bond Information to include the obligor name and address, Federal Bureau of Investigation Number, Emergency Contact address and phone number, including copies of all identification documents.
2. Documents that show the criminal charge relating to Juan Miguel Sanchez-Martin where the arrest date was November 9, 2019, the charges were Vehicular Homicide-Reckless Driving, and Hit and Run-Leaving the Scene of Accident involving Death, under Booking Number: 19-377871.



If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

5. Authorized Official

_(Signature)_

Ronald Strong
(Printed Name)

Assistant Field Office Director
(Title)

01/13/2020
(Date)

DHS Form I-138 (6/09)

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

### A. CERTIFICATE OF SERVICE

I certify that on __1/13/2020__ (Date), I served this subpoena on the witness named in Block 1 in the following manner:

__In-person at the Denver Justice Center__
(Details of how service was effected)

_[signature]_
(Signature of Official Serving Subpoena)

__BRET TALBOT__
(Printed Name of Official Serving Subpoena)

__Supervisory Detention and Deportation Officer__
(Title of Official Serving Subpoena)

### B. ACKNOWLEDGMENT OF RECEIPT

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature: _[signature]_

Title: CAPT BOB Hall

Date: 1/13/2020

Time: 4:12 ☑ p.m.

DHS Form I-138 (6/09)