IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 20-mc-00011-WJM

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Petitioner,

v.

FRAN GOMEZ, Interim Sheriff, City of Denver,

    Respondent.

**UNOPPOSED MOTION BY PETITIONER FOR ORDER DIRECTING
SERVICE OF PETITION AND BRIEFING SCHEDULE**

Petitioner United States Immigration and Customs Enforcement ("ICE") moves for an order directing service and briefing of the Petition to Enforce Administrative Subpoenas ("Petition"). ECF No. 1. For the reasons explained below, ICE specifically requests that the Court issue an order that (a) directs Respondent to file a response to the Petition on or before February 28, 2020, (b) directs ICE to file a reply on or before March 13, 2020, and (c) permits ICE to accomplish service by emailing to Respondent a copy of the Petition and the Court's order. Respondent does not oppose this relief.

In this summary proceeding, ICE seeks an order directing compliance with three subpoenas issued by ICE pursuant to 8 U.S.C. § 1255(d)(4). This summary proceeding is governed by Federal Rule of Civil Procedure 81(a)(5), which applies to an action "to compel . . . the production of documents through a subpoena issued by a United States officer or agency

1

under a federal statute." *Id.* Rule 81(a)(5) provides that the Federal Rules of Civil Procedure apply to this proceeding "except as otherwise provided by statute, by local rule, or by court order in the proceedings." *Id.*

ICE filed this action on February 6, 2020, and, the same day, provided counsel for Respondent (with whom counsel for ICE had previously been in contact) with the Petition by email. ICE then conferred with counsel for Respondent as to an appropriate method of effecting service, and also about a briefing schedule acceptable to all the parties.

As to service, counsel for ICE proposed to counsel for Respondents that ICE move for an order directing service of the Petition, because the Court is authorized in this proceeding to issue an order modifying Rule 4 to alleviate the need for the issuance and service of a summons. Specifically, an order modifying Rule 4 is permitted by Rule 81(a)(5), which provides that the Federal Rules of Civil Procedure apply to this proceeding "except as otherwise provided by statute, by local rule, or by court order in the proceedings." *Id.* Rule 81(a)(5) thus permits courts to issue orders to modify other rules in light of the summary nature of the proceeding. *See* 1946 Adv. Comm. Notes to Fed. R. Civ. P. 81 (explaining that this provision "allows full recognition of the fact that the rigid application of the rules in the proceedings may conflict with the summary determination desired").

Rule 81(a)(5) authorizes a district court to issue an order permitting service to be effected without any summons, but instead through service of the petition and of the court's order directing a response. *See, e.g.*, *United States v. Elmes*, 532 F.3d 1138, 1143-44 (11th Cir. 2008) (holding in a summons enforcement proceeding that the district court had properly modified Rule 4 to require service only of the district court's order and the petition to enforce, and not a

summons, because under Rule 81(a)(5) "the district court is plainly authorized to be flexible in its application of the civil rules").

Accordingly, ICE respectfully requests, under Rule 81(a)(5), that the Court issue an order that permits ICE to effect service by emailing counsel for Respondent a copy of the Petition, and of the attached Order Directing Service of Petition and Briefing Schedule, and that states that effecting this service on Respondent without a summons shall be sufficient service.

In addition, ICE requests that the Court's order set a briefing schedule. Counsel for ICE conferred with counsel for Respondent, and the parties agreed on a schedule. ICE requests that the Court issue an order directing Respondent to file a written response to the Petition on or before February 28, 2020, and directing ICE to file a written reply on or before March 13, 2020.

Counsel for ICE certifies, under D.C.COLO.LCivR 7.1(a), that they conferred with counsel for Respondent, who indicated that Respondent does not oppose the relief sought in this motion.

Accordingly, ICE respectfully requests that the Court grant its motion and issue the requested order. A proposed order is attached for the Court's convenience. If the Court issues that order, ICE will immediately email counsel for Respondent a copy of the Petition and the order and will file proof of such service with the Court.

Respectfully submitted this 7th day of February, 2020.

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | JASON R. DUNN<br>United States Attorney |
| EREZ REUVENI<br>Assistant Director | *s/ Kyle Brenton*<br>Kyle Brenton<br>Kevin Traskos<br>Assistant United States Attorneys |
| *s/Francesca Genova*<br>FRANCESCA GENOVA<br>Trial Attorney<br>Office of Immigration Litigation<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: 202-305-1062<br>Email: Francesca.M.Genova@usdoj.gov | 1801 California Street, Suite 1600<br>Denver, CO 80202<br>Telephone: 303-454-0100<br>Email: kyle.brenton@usdoj.gov<br>Email: kevin.traskos@usdoj.gov |
| Counsel for U.S. Immigration<br>   and Customs Enforcement | Counsel for U.S. Immigration<br>   and Customs Enforcement |