**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Miscellaneous Action No. 20-mc-00011-WJM

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Petitioner,

v.

FRAN GOMEZ, Interim Sheriff, City of Denver,

    Respondent.

---

**ORDER DIRECTING SERVICE OF PETITION AND
BRIEFING SCHEDULE**

---

    Upon consideration of the Unopposed Motion by Petitioner for Order Directing Service of Petition and Briefing Schedule (ECF 3), and sufficient cause appearing, it is hereby

    ORDERED that the Unopposed Motion by Petitioner for Order Directing Service of Petition and Briefing Schedule is **GRANTED**; and

    ORDERED that Petitioner shall serve a copy of this Order, together with the Petition to Enforce Administrative Subpoenas and the exhibits attached to that Petition, upon Respondent in accordance with the procedures of Federal Rule of Civil Procedure 4, except that pursuant to Rule 81(a)(5), Rule 4 is modified such that no summons is required to be served on any Respondent; and

    ORDERED that Respondent shall file a written response to the Petition on or before February 28, 2020, and Petitioner shall file a written reply on or before March 13, 2020.

Dated at Denver, Colorado this 10th day of February, 2020.

BY THE COURT:

_s/Michael E. Hegarty_____
United States Magistrate Judge