IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 20-mc-00011-WJM-MEH

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

     Petitioner,

v.

FRAN GOMEZ, Interim Sheriff, City of Denver,

     Respondent.

---

**UNOPPOSED MOTION TO AMEND ORDER, ECF NO. 7,
REGARDING SERVICE OF PETITION**

---

     Petitioner United States Immigration and Customs Enforcement ("ICE") moves for an order amending the Court's order, ECF No. 7, regarding service of the Petition to Enforce Administrative Subpoenas, ECF No.1, on Respondent, to permit service by email. Per D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with counsel for Respondent, who does not oppose the relief requested herein.

     On February 7, 2020, ICE filed an unopposed motion regarding service of the Petition, and to set a briefing schedule. *See* ECF No. 3. As relevant here, the motion requested that ICE be permitted "to effect service by emailing counsel for Respondent a copy of the Petition." *Id.* at 3. ICE included a proposed order with this filing. *See* ECF No. 3-1. Due to an oversight, however, the proposed order did not provide for service by email, but rather for service "in accordance with the procedures of Federal Rule of Civil Procedure 4." *Id.* The Court granted

the motion on February 10, using the proposed order provided by ICE. ECF No. 7 ("February 10 Order"). The February 10 Order, therefore, requires service to be accomplished "in accordance with the procedures of Federal Rule of Civil Procedure 4." *Id.*

Under Rule 81(a)(5), in summary proceedings for enforcement of administrative subpoenas such as this one, the Federal Rules of Civil Procedure apply "except as otherwise provided by statute, by local rule, or by court order in the proceedings." In this proceeding, service by email to counsel for Respondent—who have already entered their appearance, ECF Nos. 8, 9—will be more expeditious and efficient than personal service under Rule 4. Respondent does not oppose service being accomplished in this manner. Permitting service by email would thus promote the "just, speedy, and inexpensive determination" of this matter. Fed. R. Civ. P. 1.

WHEREFORE, ICE respectfully requests that the Court issue an order modifying its February 10 Order, and permitting ICE to effect service by emailing counsel for Respondent a copy of the Petition, a copy of the February 10 Order, and the order granting this motion, and stating that effecting this service on Respondent without a summons shall be sufficient service. Once this service is accomplished, undersigned counsel will file proof of such service with the Court.

Respectfully submitted this 13th day of February, 2020.

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | JASON R. DUNN<br>United States Attorney |
| EREZ REUVENI<br>Assistant Director | *s/ Kyle Brenton*<br>Kyle Brenton<br>Kevin Traskos<br>Assistant United States Attorneys |
| *s/Francesca Genova*<br>FRANCESCA GENOVA<br>Trial Attorney<br>Office of Immigration Litigation<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: 202-305-1062<br>Email: Francesca.M.Genova@usdoj.gov | 1801 California Street, Suite 1600<br>Denver, CO 80202<br>Telephone: 303-454-0100<br>Email: kyle.brenton@usdoj.gov<br>Email: kevin.traskos@usdoj.gov<br><br>Counsel for U.S. Immigration<br>    and Customs Enforcement |
| Counsel for U.S. Immigration<br>    and Customs Enforcement | |

## CERTIFICATE OF SERVICE

   I hereby certify that on February 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following recipients:

Kristin M. Bronson
kristin.bronson@denvergov.org

Renee A. Goble
renee.carmody@denvergov.org

                *s/ Annette Dolce*
                Annette Dolce
                U.S. Attorney's Office