**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Miscellaneous Action No. 20-mc-00011-WJM-MEH

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Petitioner,

v.

FRAN GOMEZ, Interim Sheriff, City of Denver,

    Respondent.

---

**PROOF OF SERVICE**

---

    Per the Court's Order Regarding Service of Petition and Briefing Schedule, ECF No. 13, undersigned counsel sent counsel for Respondent, via email, electronic copies of (1) the Petition to Enforce Administrative Subpoenas, with exhibits; (2) the Court's order of February 10, 2020, ECF No. 7; and (3) the Court's Order of February 13, 2020, ECF No. 13. Attached hereto as Exhibit A is a true and correct copy of that email transmission.

Respectfully submitted this 18th day of February, 2020.

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | JASON R. DUNN<br>United States Attorney |
| EREZ REUVENI<br>Assistant Director | *s/ Kyle Brenton*<br>Kyle Brenton<br>Kevin Traskos<br>Assistant United States Attorneys |
| *s/Francesca Genova*<br>FRANCESCA GENOVA<br>Trial Attorney<br>Office of Immigration Litigation<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: 202-305-1062<br>Email: Francesca.M.Genova@usdoj.gov | 1801 California Street, Suite 1600<br>Denver, CO 80202<br>Telephone: 303-454-0100<br>Email: kyle.brenton@usdoj.gov<br>Email: kevin.traskos@usdoj.gov<br><br>Counsel for U.S. Immigration<br>   and Customs Enforcement |
| Counsel for U.S. Immigration<br>   and Customs Enforcement | |

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following recipients:

Kristin M. Bronson
kristin.bronson@denvergov.org
Renee A. Goble
renee.carmody@denvergov.org

*s/ Annette Dolce*
Annette Dolce
U.S. Attorney's Office
