IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-mc-00011-WJM

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Petitioner,

v.

FRAN GOMEZ, Interim Sheriff, City of Denver,

    Respondent.

## AFFIDAVIT OF SHERIFF FRAN GOMEZ

I, Sheriff Frances Gomez, being first duly sworn upon oath and of lawful age, hereby swear or affirm as follows:

1. I have personal knowledge of, and am competent to testify to, the matters set forth herein.

2. I am the Denver Sheriff and part of my duties involve overseeing the release process for all of our inmates including overseeing immigration release notification requests from ICE.

3. If requested, Denver responds to release notification requests concerning individuals in the custody of the Sheriff when requested by ICE. *See* Denver quarterly reports.

4. In the last quarter of 2019, ICE sent Denver over 88 release notification requests during the last quarter of 2019 alone.

5. Denver dutifully and timely responded to each of those requests, including release notification requests for the four individuals identified in the administrative subpoenas here. *See* Release times report.

6. Denver notifies ICE when the inmate enters the release process, which can take anywhere from 1-3 hours. *See* Denver's ICE Release policy.

7. ICE received adequate notice and could have taken each individual subject to the administrative subpoenas into custody if they felt these individuals were a threat to the community.

8. Specifically, ICE received 48 minutes notice on Mr. Torres-Ibarra, one-hour and 48 minutes notice on Mr. Alvarez-Pacheco and two-hour and two-minutes notice on Mr. Ramires and failed to take them into custody.

EXHIBIT 1

9. Mr. Torres-Ibarra, Mr. Alvarez-Pacheco and Mr. Ramires were being held on State criminal charges. We have no documentation that the three individuals were facing federal criminal charges.

10. So far this year, The Denver Sheriff Department has spent $1.72 Million in overtime just to maintain our current level of service. If we now must respond to administrative subpoenas in addition to release notification requests, it will place an unmanageable burden on our already thin resources. *See* DSD Biweekly Overtime and Budget Report.

FURTHER AFFIANT SAYETH NOT

Executed this 28th day of February 2020.

_____
Frances Gomez
*Denver Sheriff*

STATE OF COLORADO      )
                       ) ss.
COUNTY OF DENVER       )

Subscribed and sworn to before me this 28 day of February, 2020, by Frances Gomez.

Witness my hand and official seal.

My Commission expires: June 28, 2021.

```
CHELSEA MACIEL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174027190
MY COMMISSION EXPIRES JUNE 28, 2021
```

_____
Notary Public

EXHIBIT 1