

**Public Safety Enforcement Priorities Act**

**Immigration and Customs Enforcement Notifications of Release Requests**

Year – 2019 4th Quarter – 10/01/2019 – 12/31/2019

| | | |
|---|---|---|
| October - 2019 | 38 | **4TH** |
| November - 2019 | 27 | |
| December - 2019 | 23 | |
| Total | 88 | |

**Charge Severity level is based on when the person was taken into custody. Severity Level is subject to change upon court disposition.**

| Common Acronyms & Symbols | | |
|---|---|---|
| **FTA** – Failure to Appear | **NPOI** – No Proof of Insurance | **DUI** – Driving Under the Influence |
| **PCS** – Possession of a Controlled Substance | **MVT** – Motor Vehicle Theft | **DL** – Driver's License |
| **DWAI** – Driving with Ability Impaired | **P/N/D** – Person/Non-Person Crime/Drug Crime | **DUR** – Driving Under Restraint |

| # | CD Number | Current Charge(s) Including any change of charge while in custody | Date and Time of ICE Fax Notification to DSD | Date and Time of DSD Fax Notification to ICE | ICE Detained? | Fel/Misd | P/N/D |
|---|---|---|---|---|---|---|---|
| 1. | 630597 | FTA-DUI 42-4-1301 | 09/30/2019 @ 1335 | 10/02/2019 @ 2231 | Unknown | M | N |
| 2. | 904598 | 34-46 Wrongs to Minors, 38-89 Disturbing the Peace, 38-93 Assault | 10/02/2019 @ 1151 | 10/02/2019 @ 1813 | Unknown | O | P |
| 3. | 904568 | 18-3-405 Sex Assault on a Child | 10/01/2019 @ 1601 | 10/03/2019 @ 1954 | Unknown | F | P |
| 4. | 836112 | 42-2-101(1) ~ DRIVERS LICENSE-DRIVING W/OUT, 42-2-206(1)(a) ~ DRIVING AFTER REVOCATION | 10/07/2019 @ 1113 | 10/07/2019 @ 2153 | Unknown | M | N |
| 5. | 888273 | Writ | 10/03/2019 @ 1426 | 10/09/2019 @ 1301 | Unknown | Unknown | Unknown |
| 6. | 564038 | 54-158 Careless driving 42-4-1409(2) no insurance driver 42-2-101(1) Driver's license driving without FTA | 10-8-2019 @ 0930 | 10-10-2019 @2247 | Unknown | M | N |
| 7. | 564038 | 42-2-138(1)(A) Driving under restraint | 10-8-2019 @ 0930 | 10-10-2019 @2247 | Unknown | M | N |

EXHIBIT 2



**Public Safety Enforcement Priorities Act**

**Immigration and Customs Enforcement Notifications of Release Requests**

**Year – 2019 4th Quarter – 10/01/2019 – 12/31/2019**

| # | ID | Charges | Date 1 | Date 2 | Col 5 | Col 6 | Col 7 |
|---|---|---|---|---|---|---|---|
| 8. | 898582 | 42-2-101(1) Driver's license driving without, 42-4-1409(2) No insurance driver, 42-4-1301(1)(a) Alcohol open container drink in vehicle, 42-4-1402(1)(2)(a) Careless driving | 10-9-2019 @0743 | 10-11-2019 @0900 | Unknown | M | N |
| 9. | 866910 | Adams County FTA Assault, Denver 18-6-803.5 ~ Violation Of A Protection Order | 10/10/2019 @ 1015 | 10-11-2019 @ 0409 | Unknown | M | P |
| 10. | 497560 | 42-2-138(1)(a) DUR | 10-10-19 @ 1251 | 10-11-2019 @1158 | Unknown | M | N |
| 11. | 796044 | Denver FTA Warrant | 08/17/2019 @ 2223 | 10/13/2019 @ 1733 | Unknown | F | P |
| 12. | 796044 | Denver FTA Warrant Probation was closed 10/14/2019. Second notification was made10/14/2019 for Release on 10/15/2019 | 08/17/2019 @ 2223 | 10/14/2019 @ 1331 | Unknown | F | P |
| 13. | 905026 | 42-2-101(1), 42-4-1409(2), 42-4-1301(1) (a), 42-4-1301(2)(a), 42-4-206(3), 42-4-903(2) | 10/15/2019 @ 0643 | 10/15/2019 @ 1042 | Unknown | M | N |
| 14. | 905121 | 18-3-204 | 10/16/2019 @ 0925 | 10/16/2019 @ 1251 | Unknown | F | P |
| 15. | 905092 | 18-3-202 | 10/15/2019 @ 1544 | 10/16/2019 @ 1349 | Unknown | F | P |
| 16. | 629694 | FTA Denver Warrant | 10/16/2019 @ 0910 | 10/16/2019 @ 1536 | Unknown | M | N |
| 17. | 905112 | Kidnapping, Assault 2, Felony Menacing, Assault 3 | 10-16-2019 @ 1038 | 10-17-2019 @ 1353 | Unknown | F | P |
| 18. | 905147 | 38-158(A)(1), 38-158(A)(7), Indecent Exposure | 10/17/2019 @ 1526 | 10/17/2019 @ 1809 | Unknown | O | N |
| 19. | 905122 | 38-93 Assault | 10/16/2019 @ 1600 | 10/17/2019 @ 1829 | Unknown | O | P |
| 20. | 905027 | US Marshal Offense/Hold and DUI, DWOL, NPOI, Parking on Roadway, and Carless Driving | 10/16/19 @ 0759 | 10/18/2019 @ 1544 | Unknown | F/M | N |
| 21. | 887701 | 18-4-501(1), (4)(d) Criminal Mischief, FTA and 38-10(b) | Unreadable | 10/19/2019 @ 0940 | Unknown | F/M/O | P/N |
| 22. | 815265 | 16-11-205 Probation Violation | 09/05/2019 @ 1001 | 10/20/2019 @ 1943 | Unknown | F | N |
| 23. | 905222 | 18-3-402 Sexual Assault | 10/21/2019 @ 0644 | 10/22/2019 @ 0015 | Unknown | F | P |
| 24. | 905313 | 42-4-1409(2), 42-2-138(1)(a), 42-2-101(1) | 10/21/2019 @ 0843 | 10/22/2019 @ 0023 | Unknown | M | N |
| 25. | 904132 | Denver FTA | 10/17/2019 @ 0908 | 10/22/2019 @ 1746 | Unknown | F | N |
| 26. | 694864 | Fug Hold Adams County | 10/23/2019 @ 1225 | 10/23/2019 @ 1426 | Unknown | M | FTA |
| 27. | 905349 | 18-3-404 Unlawful Sexual Contact | 10/22/2019 @ 0936 | 10/23/2019 @ 1359 | Unknown | M | P |
| 28. | 837683 | 18-9-121 Bias Motivated Crimes and 18-3-204 Assault 3rd Degree | 10/22/2019 @ 0936 | 10/23/2019 @ 1719 | Unknown | M/F | P |
| 29. | 905390 | 18-18-403.5 SCH 1 or 2 Flun Keta | 10/23/2019 @ 1256 | 10/24/2019 @ 2032 | Unknown | F | D/PCS |

EXHIBIT 2



**Public Safety Enforcement Priorities Act**

**Immigration and Customs Enforcement Notifications of Release Requests**

Year –2019 4th Quarter – 10/01/2019 – 12/31/2019

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30. | 832028 | 18-18-405 Inv Hold Sch 1 or 2 Manu/Dist | 10/23/2019 @ 1348 | 10/24/2019 @ 2252 | Unknown | F | D/PCS |
| 31. | 897852 | 18-4-501 Criminal Mischief | 10/25/2019 @ 0936 | 10/25/2019 @ 1511 | Unknown | M | N/P |
| 32. | 637524 | 2004CR3358 18-18-405(1),(2)(a)(I)(A), 218-12-108(1), 18-18-405(1),(2.3)(a)(I) | 10/23/2019 @ 1450 | 10/29/2019 @ 1314 | Unknown | F | N/D/PCS |
| 33. | 877104 | 18-18-403.5(1),(2)(a) | 10/23/2019 @1550 | 10-29-2019 @ 1314 | Unknown | F | PCS |
| 34. | 807408 | 18-18405(1),(2)(b)(I)(B), 18-18-405(1),(2)(c)(II), 18-18-405(1),(2)(c)(I) | 10/23/2019 @ 0953 | 10/30/2019 @ 2140 | Unknown | F | PCS/D |
| 35. | 905630 | 42-2-101(1) ~ DRIVERS LICENSE-DRIVING W/OUT, 42-4-1409(2) ~ NO INSURANCE-DRIVER, 18-13-122(3)(a);4(a) ~ ALCOHOL-UNDER21-POSSESS/CONSUMP, 42-4-1301(1)(a) ~ DRIVING UNDER THE INFLUENCE, 42-4-1301(2)(a) ~ DRIVING UNDER THE INFLUENCE PER SE, 42-4-1402(2)(a) ~ CARELESS DRIVING, | 10/31/2019 @ 0800 | 10/31/2019 @ 1328 | Unknown | M | DL,NPOI, DUI, |
| 36. | 905656 | 18-18-403.5 ~ SCH 1 OR 2, FLUN, KETA, CATH CTRL | 10/31/2019 @ 0800 | 10/31/2019 @ 1646 | Unknown | F | PCS |
| 37. | 905634 | 34-46 ~ WRONGS TO MINORS, 38-93 ~ ASSAULT | 10/31/2019 @ 0800 | 10/31/2019 @ 1706 | Unknown | F | P |
| 38. | 750714 | 42-4-1409(2) ~ NO INSURANCE-DRIVER, 42-2-206(1)(a) ~ DRIVING AFTER REVOCATION PROHIBITED (HTO, 42-4-1008 ~ FOLLOWING TOO CLOSELY(1) | 10/31/2019 @ 0800 | 10/31/2018 @ 1135 | Unknown | M | DL, NPOI |
| 39. | 615366 | 18-18-405 ~ INV HOLD-SCH 1 or 2 MANU/DIST CTRL SUBST < 14 | 11/1/2019 @ 1154 | 11/1/2019 @ 1917 | Unknown | F | D |
| 40. | 688014 | 18-3-203 | 11-01-2019 1905 | 11-02-2019 2037 | Un | F | P |
| 41. | 818653 | DUI | 08-02-2019 1218 | 11-02-2019 1937 | Un | D | dui |
| 42. | 858768 | 18-18-403.5(1),(2)(a) | 10-25-2019 0639 | 11-01-2019 1729 | Un | F | D |
| 43. | 486021 | 18-18-405(1),(2)(c)(I) | 11-05-2019 @ 0943 | 11-05-2019 @ 2053 | Unknown | F | D |
| 44. | 835513 | 42-2-206(1)(a) | 11-05-2019 @ 0941 | 11-05-2019 @ 1803 | Unknown | M | DL |
| 45. | 905812 | 18-18-403.5 | 11-05-2019 @1004 | 11-05-2019 @ 1817 | Unknown | F | D |
| 46. | 905891 | 18-3-203 ~ INV HOLD-SECOND DEGREE ASSAULT | 11-07-2019 @ 1611 | 11-07-2019 @ 1702 | Unknown | F | P |

EXHIBIT 2



**Public Safety Enforcement Priorities Act**

**Immigration and Customs Enforcement Notifications of Release Requests**

**Year – 2019 4th Quarter – 10/01/2019 – 12/31/2019**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 47. | 905858 | 42-2-101(1) 42-4-1409(1) 42-3-121(1)(a) | 11-06-2019 @ 1548 | 11-06-2019 @ 1608 | Unknown | T | NPOI, DL |
| 48. | 729478 | 18-18-405 ~ INV HOLD-SCH 3 or 4 MANU/DIST CTRL SUBST < 5 | 11-06-2019 @ 1102 | 11-06-2019 @ 1721 | Unknown | F | PCS |
| 49. | 905838 | 38-93 ~ ASSAULT 38-89(a) ~ DISTURBING THE PEACE | 11-06-2019 @ 1429 | 11-06-2019 @ 2219 | Unknown | UC | P |
| 50. | 905855 | 1-1-1 ~ FUGITIVE HOLD-ARAPAHOE DISTRICT COURT | 11-06-2019 @ 1452 | 11-07-2019 @ 1348 | Unknown | UC | PCS |
| 51. | 905879 | 38-93 ~ ASSAULT | 11-07-2019 @ 1822 | 11-07-2019 @ 2147 | Unknown | UC | P |
| 52. | 905881 | 1-1-1 ~ FUGITIVE HOLD-ADAMS COUNTY COURT ADAMS CO-ASSAULT AURORA PD-FTA ASSAULT | 11-07-2019 @ 1903 | 11-08-2019 @ 0826 | Unknown | M | P |
| 53. | 686603 | 16-11-205 | 10-07-2019 @0731 | 11-10-2019 @ 1650 | U | F | P |
| 54. | 905453 | 42-2-138 | 10-25-209 0832 | 11-10-2019 @ 1642 | U | M | D |
| 55. | 568621 | 18-3-402 ~ Sexual Assault | 11-12-2019 @ 0910 | 11-12-2019 @ 1854 | Unknown | F | P |
| 56. | 731635 | 38-93 Assault | 10/18/2019 @ 1318 | 11/13/2019 @ 1506 | Unknown | O/UC | P |
| 57. | 906115 | 18-18-405 Inv Hold Sch 1 or 2 and Fug Hold Adams County | 11/14/19 @ 0846 | 11/15/2019 @ 1416 | Unknown | F/M | FTA/PCS/D |
| 58. | 906087 | 18-3-403.5 Sex Assault on a Child | 11/13/2019 @ 1301 | 11/15/2019 @1809 | Unknown | F | P |
| 59. | 823855 | 16-11-205 ~ Probation Violation | 11-19-2019 @ 0902 | 11-19-2019 @ 1440 | Unknown | F | PROB |
| 60. | 906430 | 18-3-405 Sex Assault on a Child and 18-3-405(1);18-2-101 | 11/21/2019 @ 0803 | 11/21/2019 @ 1726 | Unknown | F | P |
| 61. | 884104 | 18-18-403.5(1), (2)(a) | 11-04-2019 @ 0753 | 11-25-2019 @ 1148 | Unknown | F | PCS |
| 62. | 803863 | 42-2-138(1)(a) ~ DRIVING UNDER RESTRAINT | 11-25-2019 @ 1252 | 11-27-2019 @ 1424 | Unknown | M | DUR |
| 63. | 688387 | 38-93 ~ ASSAULT, 34-46 ~ WRONGS TO MINORS | 11-25-2019 @ 1034 | 11-27-2019 @ 0917 | Unknown | M | P |
| 64. | 718774 | 38-40 False Info and 38-93 Assault (2 Counts) | 11/29/2019 @ 1618 | 11/30/2019 @ 1321 | Unknown | O/UC | P/N |
| 65. | 906504 | 18-18-403.5 DRUGS, FUGITIVE OF JUSTICE ADAMS COUNTY | 11/27/2019 @ 0905 | 12/02/2019 @ 1500 | Unknown | F | D |
| 66. | 890190 | FTA-DUI | 12/03/2019 @ 1213 | 12/03/2019 @ 1500 | Unknown | M | DUI |
| 67. | 676374 | FTA-TRAFFIC | 12/03/2019 @ 0755 | 12/03/2019 @ 1251 | Unknown | M | FTA |
| 68. | 906875 | 42-4-1409(2), 42-4-1008, 42-4-1301(1)(a) | 12/6/2019 @ 1124 | 12/6/2019 @ 1406 | Unknown | M | DUI/NPOI |
| 69. | 473646 | FTA DENVER, FTA OTHER JUR | 12/5/19 @ 1139 | 12/8/19 @ 1940 | Unknown | M | TRAF/DUR |
| 70. | 850161 | FTA-Driving under restraint | 12/11/2019 @ 0836 | 12/11/2019 @ 1620 | Unknown | M | DUR |

EXHIBIT 2



**Public Safety Enforcement Priorities Act**

**Immigration and Customs Enforcement Notifications of Release Requests**

Year –2019 4th Quarter – 10/01/2019 – 12/31/2019

| # | ID | Charge | Date 1 | Date 2 | Status | Sex | Code |
|---|---|---|---|---|---|---|---|
| 71. | 873175 | 18-4-502 ~ First Degree Criminal Trespass 18-4-501 ~ Criminal Mischief | 12/11/2019 @ 1413 | 12/11/2019 @ 1426 | Unknown | F | N |
| 72. | 804476 | 18-6-701 ~ Contributing To The Delinquency Of Minor | 12/11/2019 @ 0749 | 12/11/2019 @ 1903 | Unknown | F | P |
| 73. | 822913 | 18-3-203 ~ INV HOLD-SECOND DEGREE ASSAULT | 12/11/2019 @ 0902 | 12/11/2019 @ 2041 | Unknown | F | D/PCS |
| 74. | 907095 | 42-4-1301(1)(a) ~ DRIVING UNDER THE INFLUENCE 42-4-1402(2)(a) ~ CARELESS DRIVING | 12/12/2019 @ 0848 | 12/12/2019 @ 1421 | Unknown | M | DUI |
| 75. | 889136 | 16-11-205 Probation Violation and Fug Hold Broomfield | 11/21/2019 @ 1128 | 12/12/2019 @ 2325 | Unknown | F/M | FTA/N/DL/NPOI |
| 76. | 852562 | 34-46 ~ WRONGS TO MINORS 38-93 ~ ASSAULT | 12/12/2019 @ 1505 | 12/13/2019 @ 0735 | Unknown | M | P |
| 77. | 885501 | 18-3-203, 18-3-206, 18-11-202, 18-4-501 | 05/13/19 @ 2055 | 12/15/19 @ 1957 | Unknown | F | P |
| 78. | 889136 | 16-11-205 ~ Probation Violation Broomfield PD./ FTA-No insurance/ Driving without license | 11/21/2019 @1128 | 12/17/2019 @ 1609 | Unknown | M | DL |
| 79. | 907249 | 38-91 ~ Disturbance By Telephone 38-43(a) ~ VIOLATION OF COURT ORDERS | 12/17/2019 @ 0940 | 12/17/2019 @ 1543 | Unknown | M | P |
| 80. | 491535 | FTA- Failure To Appear Warrant Broomfield police FTA-Traffic | 12/13/2019 @ 0828 | 12/18/2019 @ 1337 | Unknown | M | FTA |
| 81. | 884430 | 38-71 ~ DESTRUCTION OF PRIVATE PROPERT | 12/18/2019 @ 1015 | 12/18/2019 @ 1641 | Unknown | M | N |
| 82. | 891760 | FTA JEFFCO; 18-18-405, 18-18-407 | 12/11/2019 @1008 | 12/18/19 @ 2322 | U | F | FTA, D |
| 83. | 885548 | FTA | 12/18/19 @ 0714 | 12/18/19 @ 1948 | U | F | D |
| 84. | 811465 | 18-18-403.5 ~ SCH 1 OR 2, FLUN, KETA, CATH  CTRL 18-18-405(1),(2)(B)(I)(B) ~ Controlled Sub-Dist-Mt/Hr/Kt/Ct-7-112g | 10/24/2019 @ 1122 | 12-19-2019 @ 1023 | Unknown | F | PCS |
| 85. | 632749 | FTA 2x Dangerous Drugs and Fug Hold Aurora | 12/19/2019 @ 1534 | 12/21/2019 @ 0051 | Unknown | F/M | FTA/D/PCS/MVT |
| 86. | 555148 | FTA ARAP; FTA DEN | 12/02/19 @ 1356 | 12/23/19 @ 1354 | N | M/GS | FTA |
| 87. | 906504 | FTA | 12/04/19 @ 0619 | 12/23/19 @ 1317 | U | F | FTA |
| 88. | 894697 | FTA- Failure To Appear Warrant JEFFERSON COUNTY COURT, 16-11-205 ~ Probation Violation Denver | 11/18/2019 @ 0809 | 12/25/2019 @ 1414 | Unknown | M/F | FTA |

EXHIBIT 2