# **IMMIGRATION AND CUSTOM ENFORCEMENT (ICE)**

| | |
|---|---:|
| ICE INTERVIEW REQUESTS | 1-3 |
| ICE MISCELLANEOUS REQUESTS /     CITY ATTORNEY CONTACT INFO. | 3 |
| VOLUNTARY NOTIFICATION OF RELEASE: I-247 | 4-12 |
| ICE CRIMINAL WARRANT | 13-16 |
| IMPROPER ICE WARRANT | 17 |
| ICE RELEASE | 18-19 |
| ICE CONTACT – PHONE, FAX, EMAIL | 19 |

**This guide is intended to provide a reference for DSD Records.  This guide does not override or replace any department rules, procedures, policies or post orders.**

EXHIBIT 4

030719-1

# ICE INTERVIEW REQUESTS

**DIRECTIVE**

Date: September 6, 2018
To: Records
From: Major McManus
**Subject: ICE Interview Requests**

This Directive clarifies DSD's procedure for responding to inmate interview requests from U.S. Immigration and Customs Enforcement (ICE) in accordance with the Denver Public Safety Enforcement Priorities Act (Denver Revised Municipal Code §§ 28-250-253).

If ICE calls requesting to interview an inmate, Records staff will do the following:

• Get the name of the inmate that ICE is requesting to interview.

\* • Inform ICE that the inmate will be told that ICE is requesting an interview and that you will get back to them regarding the inmate's response.

• Call the housing unit and have the deputy inform the inmate that ICE is requesting an interview. The housing unit deputy will provide the inmate with a written copy of ICE Phone Interview ==in the inmate's language of choice.== The housing unit deputy will have the inmate complete and sign the form. (The form is in JMS as a IWP) If the inmate declines to complete the form, the housing deputy will note the inmate's response to ICE's interview request on the form and indicate that the inmate has declined to complete the form. The housing unit deputy will ensure that the form is completed in its entirety before saving into JMS, where it will be attached to the inmate's record electronically.

\*\*• The housing unit will notify Records of the inmate's response. Records will ensure that the form was completed and was attached to the inmate's record in JMS.

• Records will call the ICE agent back and inform ICE of the inmate's decision.

• If the inmate wishes to speak to ICE, Records will inform the agent that ICE may conduct the interview using the video visitation kiosks in the lobby of the DDC or the County Jail if the inmate is housed there. ICE must follow the same protocol as the general public in regard to visits:

• If the inmate is housed at the DDC on the second floor, the agent may register at the front desk in the lobby of the DDC and conduct the interview at the video visitation kiosks during the following hours: o 0700-0900 o 1200-1400 o 1800-2000

• If the inmate is on the 3rd ,4th ,5th floor or 2D of the DDC or at the County Jail they will need to call or fax the reservation line to schedule a visit:
    o Reservation Line: 720-913-3791    Fax number: 720-913-3749

\*Take agents name and phone number.

==\*\*The signed ICE Phone Interview shall be maintained in the Inmate's Legal File in Records, and a copy in the JMS file.==

EXHIBIT 4

030719-2

==**SAMPLE – ICE PHONE INTERVIEW– ENGLISH**==

**Select inmates language of choice**   ICE_INT_ENG          ICE Phone Interview English

## DENVER SHERIFF DEPARTMENT ICE INTERVIEW REQUEST
## ADVISEMENT OF RIGHTS

You are advised that Immigration and Customs Enforcement (ICE) has requested to interview you. This interview is being sought by federal immigration authorities and ICE may be investigating your immigration status.
This document is provided to you to inform you of your rights.

You have the following rights regarding this interview request:

- You have the right to remain silent and may refuse ICE's request to talk to you.

- You have the right to seek the advice of an attorney before deciding whether to talk with ICE. You will not be provided an immigration attorney, but you may seek one on your own. If you do not have an immigration attorney, DSD can provide you with a list of resources upon request.

- Anything you say in an interview with ICE may be used against you in federal immigration court or any other court of law.

The Denver Sheriff Department will inform ICE of your decision. ICE will be allowed to proceed with the interview if you give your consent. If you refuse the interview, immigration proceedings and investigation may still continue.

I voluntarily consent to the interview requested by ICE:*

☐ Yes

☐ No

| Name: |  | Date: |  |
|---|---|---|---|
| CD #: |  | Book #: |  |
| DOB: |  | Witness: |  |

_____
Signature

\* If neither answer is marked or the inmate does not sign this document, the inmate has NOT consented to an ICE interview. Silence will not constitute a waiver of the rights described in this form.

EXHIBIT 4

030719-3



# ICE MISCELLANEOUS REQUESTS

ICE may not conduct phone interviews with pretrial detainees or inmates who are in DSD custody.

No booking photos will be provided to ICE.

ICE is not allowed access the secure areas of the facilities without a valid criminal warrant.

If you receive a request from ICE and are unsure how to handle it, please get in touch with one of the sergeants.

When in doubt, give CAO a shout!!!  Utilize ImmigrationSupport@DenverGov.org for any questions you may have.  This will be monitored by the City Attorney's Office 24/7.  Or call City Attorney's Office at 720-913-8050.

### *Phone calls to the facility asking about specific inmate information*

- First and foremost, ask the caller, "Are you with Immigration and Customs Enforcement?"
- If they answer no, proceed with the question.
- If you suspect the caller is with ICE, request them to send you an e-mail from a government e-mail before answering the question.
    - If they refuse, notify a supervisor for direction.
- If they answer yes, politely refer them to the City Attorney's Office at 720-913-8050.

EXHIBIT 4

030719-4

# VOLUNTARY NOTIFICATION OF RELEASE:  I-247 RECORDS INITIAL RECEIPT REQUIREMENTS

**DSD shall not detain** any individual beyond the date and time when the inmate is eligible for release solely on the basis of a civil immigration detainer. A civil immigration detainer is a non-mandatory request issued by federal immigration enforcement authorities requesting that law enforcement officers maintain custody of an individual for a period not to exceed forty-eight (48) hours.

**Request For Voluntary Notification Of Release Of Suspected Priority Alien (I-247N Form)**
When ICE submits a request for voluntary notification of release of [a] suspected alien (I-247N form), ICE must identify the enforcement priority under which the individual falls.

**Records Personnel (deputy sheriffs and/or civilian employees) shall do the following when an administrative I-247 is received:**

1) Retrieve it from the fax machine
2) Look up the inmate on TAG
3) Once the confirmation is made that the subject of the I-247 form is the inmate in question, the following shall occur:
    a. Place an Alert in TAG under Release Conditions – ICE Notification Necessary



    b. A hold shall not be added to TAG

4) Call floor sergeant of the floor the inmate is housed on
    a. Advise sergeant the I-247 will be emailed to them
5) Advise sergeant a copy must be provided to inmate
6) Place copy of e-mail that was sent to the floor sergeant in the Inmate's Legal File
7) Call Pod the inmate is housed in
    a. Advise deputy to have the inmate complete (sign) an ICE Release in the inmate's language of choice on TAG.
8) Utilize the "**ICE**" stamp and stamp the clear from IDB as you would a SXO

The signed ICE Release shall be maintained in the Inmate's Legal file in Records, and a copy in the JMS file.

EXHIBIT 4

030719-5

# VOLUNTARY NOTIFICATION OF RELEASE: I-247 RECORDS RELEASE REQUIREMENTS

==*When an inmate is being released from the custody of the Denver Sheriff Department, (including release to another jurisdiction), and is the subject of an I-247 immigration notification, the deputy sheriff or civilian employee processing the file for Release shall:*==

- Utilize the "**ICE**" Stamp and stamp the Eligibility of Inmate Release form
- Complete the Fax verification to ICE 303/662-1849 the following items:
    - *ICE I-247
    - *Stamped Screen Shot "Denver Sheriff Department, ICE Notification Being Released To…..complete with release information, date, approximate time of release, your name and your serial / civilian I.D. number.
    - *Make a copy of the I-247 and the successful fax confirmation, place in the Records Sergeant's Office "ICE Basket"
    - *Place the successful fax confirmation in the Inmate's Legal File.
- Place appropriate check mark on Box 12 of the Eligibility of Inmate Release form.
- DDC - The deputy sheriff working the release area shall check box 12 of the Eligibility of Inmate Release form once verified.
- COJL – The deputy sheriff working the release area shall write their name and serial number on Item 12, ICE Notification completed, of the Eligibility of Inmate Release form.

*The deputy sheriff working in the Release area of the Downtown Detention Center shall*:
- Provide inmate with copy of I-247
- Provide inmate with another copy of "DSD Ice Notification Request Advisement of Rights". Have the inmate electronically sign in JMS for the "DSD Ice Notification Request Advisement of Rights".
    - o Print and place signed copy in Inmate's Legal File.

*The deputy sheriff working in the Release area of the COJL shall*:
- Provide inmate with copy of I-247
- Provide inmate with another copy of "DSD Ice Notification Request Advisement of Rights". Have the inmate electronically sign in JMS for the "DSD Ice Notification Request Advisement of Rights".
    - o Print and send back to DDC Records with the Eligibility of Inmate Release Form (Records shall place these forms in the appropriate Inmate Legal File for scanning.)

*The Central Records Sergeant shall:*

- Retrieve the I-247 notification from the basket in the Central Records Sergeant's Office
- Open the S:\DDC\Supervisor\Records Supervisor\I.C.E. Tracking file and open the current quarter's report.
- Utilizing the JMS system, verify the inmate's CD number and place the inmate's CD number under the CD number column
- Type the inmate's current charge under the "Current Charge(s)" column
- Type the date and time that ICE faxed DSD the I-247 form under the "**Date and Time of ICE Fax Notification to DSD**" column
- Type the date and time that DSD faxed the I-247 with notification back to ICE under the "**Date and Time of DSD Fax Notification to ICE**" column
- If known, state "YES" or "NO" under the **ICE Detained?** Column.

EXHIBIT 4

030719-6

**From:** Adcock, Keri D. - DSD Sergeant <Keri.Adcock@denvergov.org>
**Sent:** Sunday, March 3, 2019 5:05 AM
**To:** Records
**Cc:** Mcmanus, Stephanie L. - DSD OU2878 Deputy Sheriff Major <Stephanie.McManus@denvergov.org>
**Subject: FW: ICE Forms**

Please see below in the ICE forms that has recently been corrected in JMS



**Keri Adcock** | Sergeant
Sheriff Department | City and County of Denver
p: (720) 337-0158 |
Keri.Adcock@denvergov.org

Good Afternoon All,

I have looked at the ICE forms that were uploaded into JMS. They are corrected, there are several different languages. There are now only two forms. There is the Interview request and the other one that is labeled Release. The one that is labeled Release is the form that will be used for both initial notification that ICE has issued a 247 and when they are being released from custody.

Therefore when Records gets notified of a 247 they will have the deputies upstairs use the one labeled Release versus the early version labeled notification.

Also, after speaking the CAO we will can now give copies of the 247 detainer when we are releasing inmates to other jurisdiction.

Thanks



EXHIBIT 4

030719-7

## MEMORANDUM

Date: 10/16/2017
To: All DSD Supervisors
From: Captain M. Jordan Central Records Commander

Please see below in the ICE forms that has recently been corrected in JMS



**Keri Adcock** | Sergeant
Sheriff Department | City and County of Denver
p: (720) 337-0158 |
кeri.Adcock@denvergov.org

**Subj: ICE Advisement of Rights**

In relation to **housing deputy's duties,** when you are contacted by Records regarding an inmate that has an administrative immigration hold (I-247) you need to provide the inmate with an advisement of rights. In order to accomplish this, you have to perform the following steps:

1. Go into the JMS, and access the inmate's record you were notified about

2. Navigate to the inmate's court cases module

3. Click on the 'D' to open the IWP module

4. Scroll down to the DSD ICE RELEASE template (as shown below) a. Currently there are English and Spanish available, please select the appropriate version for the inmate

5. Have the inmate sign for the receipt of the document with the signature pad

6. Print the document in the Sergeant's office

7. The Sergeant shall deliver it to the inmate in the pod along with a copy of the administrative immigration hold (247). a. The administrative immigration hold (247) shall be emailed to the respective sergeant by the Central Records Unit.

Please contact DDC Records at (720) 337-0161 if you have any questions. Thank you.

EXHIBIT 4

030719-8

**SAMPLE I-247**

# DEPARTMENT OF HOMELAND SECURITY (DHS)
# IMMIGRATION DETAINER – NOTICE OF ACTION

Subject ID:
Event #:

File No:
Date:

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency)

FROM: (DHS Office Address)

Name of Alien: _____

Date of Birth: _____ Citizenship: _____ Sex: _____

1. **DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON** (complete box 1 or 2):
   - ☐ a final order of removal against the alien;
   - ☐ the pendency of ongoing removal proceedings against the alien;
   - ☐ biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
   - ☐ statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

2. **DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** (complete box 1 or 2).
   - ☐ Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

IT IS THEREFORE REQUESTED THAT YOU:

- **Notify DHS** as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling ☐ U.S. Immigration and Customs Enforcement (ICE) or ☐ U.S. Customs and Border Protection (CBP) at _____. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.

- **Maintain custody** of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien **must be served with a copy of this form** for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.

- If the alien is transferred to another law enforcement agency, this detainer is to be relayed to the new agency with custody of the alien.

- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

- ☐ If checked: Please cancel the detainer related to this alien previously submitted to you on _____ (date).

_____     _____
(Name and title of Immigration Officer)     (Signature of Immigration Officer)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:
Please provide the information below, sign, and return to DHS by mailing, emailing, or faxing a copy to _____.
Local Booking/Inmate #: _____ Est. release date/time: _____ Date of latest criminal charge/conviction: _____
Latest offense charged/convicted: _____

This form was served upon the alien on _____, in the following manner:
☐ in person   ☐ by inmate mail delivery   ☐ other (please specify): _____

_____     _____
(Name and title of Officer)     (Signature of Officer)

DHS Form I-247A (02/17)     Page 1 of 3

EXHIBIT 4

030719-9

## NOTICE TO THE DETAINEE

The Department of Homeland Security (DHS) has placed an immigration detainer on you. An immigration detainer is a notice to a law enforcement agency that DHS intends to assume custody of you (after you otherwise would be released from custody) because there is probable cause that you are subject to removal from the United States under federal immigration law. DHS has requested that the law enforcement agency that is currently detaining you maintain custody of you for a period not to exceed 48 hours beyond the time when you would have been released based on your criminal charges or convictions. **If DHS does not take you into custody during this additional 48 hour period, you should contact your custodian** (the agency that is holding you now) to inquire about your release. **If you believe you are a United States citizen or the victim of a crime, please advise DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.**

## NOTIFICACIÓN A LA PERSONA DETENIDA

El Departamento de Seguridad Nacional (DHS) de EE. UU. ha emitido una orden de detención inmigratoria en su contra. Mediante esta orden, se notifica a los organismos policiales que el DHS pretende arrestarlo cuando usted cumpla su reclusión actual. El DHS ha solicitado que el organismo policial local o estatal a cargo de su actual detención lo mantenga en custodia por un periodo no mayor a 48 horas (excluyendo sábados, domingos y días festivos) tras el cese de su reclusión penal. **Si el DHS no procede con su arresto inmigratorio durante este periodo adicional de 48 horas, usted debe comunicarse con la autoridad estatal o local que lo tiene detenido** (el organismo policial u otra entidad a cargo de su custodia actual) para obtener mayores detalles sobre el cese de su reclusión. **Si usted cree que es ciudadano de los Estados Unidos o que ha sido víctima de un delito, infórmeselo al DHS llamando al Centro de Apoyo a los Organismos Policiales (Law Enforcement Support Center) del ICE, teléfono (855) 448-6903 (llamada gratuita).**

## Avis au détenu

Le département de la Sécurité Intérieure [Department of Homeland Security (DHS)] a émis, à votre encontre, un ordre d'incarcération pour des raisons d'immigration. Un ordre d'incarcération pour des raisons d'immigration est un avis du DHS informant les agences des forces de l'ordre que le DHS a l'intention de vous détenir après la date normale de votre remise en liberté. Le DHS a requis que l'agence des forces de l'ordre, qui vous détient actuellement, vous garde en détention pour une période maximum de 48 heures au-delà de la période à la fin de laquelle vous auriez été remis en liberté par les autorités policières de l'État ou locales en fonction des inculpations ou condamnations pénales à votre encontre. **Si le DHS ne vous détient pas durant cette période supplémentaire de 48 heures, sans compter les fins de semaines et les jours fériés, vous devez contacter votre gardien** (l'agence des forces de l'ordre qui vous détient actuellement) pour vous renseigner à propos de votre libération par l'État ou l'autorité locale. **Si vous croyez être un citoyen des États-Unis ou la victime d'un crime, veuillez en aviser le DHS en appelant le centre d'assistance des forces de l'ordre de l'ICE [ICE Law Enforcement Support Center] au numéro gratuit (855) 448-6903.**

## AVISO AO DETENTO

O Departamento de Segurança Nacional (DHS) emitiu uma ordem de custódia imigratória em seu nome. Este documento é um aviso enviado às agências de imposição da lei de que o DHS pretende assumir a custódia da sua pessoa, caso seja liberado. O DHS pediu que a agência de imposição da lei encarregada da sua atual detenção mantenha-o sob custódia durante, no máximo, 48 horas após o período em que seria liberado pelas autoridades estaduais ou municipais de imposição da lei, de acordo com as respectivas acusações e penas criminais. **Se o DHS não assumir a sua custódia durante essas 48 horas adicionais, excluindo-se os fins de semana e feriados, você deverá entrar em contato com o seu custodiante** (a agência de imposição da lei ou qualquer outra entidade que esteja detendo-o no momento) para obter informações sobre sua liberação da custódia estadual ou municipal. **Se você acreditar que é um cidadão dos EUA ou está sendo vítima de um crime, informe o DHS ligando para o Centro de Apoio à Imposição da Lei do ICE pelo telefone de ligação gratuita (855) 448-6903**

SAMPLE

DHS Form I-247A (02/17)    Page 2 of 3

EXHIBIT 4

030719-10

## THÔNG BÁO CHO NGƯỜI BỊ GIAM GIỮ

Bộ Quốc Phòng (DHS) đã có lệnh giam giữ quý vị vì lý do di trú. Lệnh giam giữ vì lý do di trú là thông báo của DHS cho các cơ quan thi hành luật pháp là DHS có ý định tạm giữ quý vị sau khi quý vị được thả. DHS đã yêu cầu cơ quan thi hành luật pháp hiện đang giữ quý vị phải tiếp tục tạm giữ quý vị trong không quá 48 giờ đồng hồ ngoài thời gian mà lẽ ra quý vị sẽ được cơ quan thi hành luật pháp của tiểu bang hoặc địa phương thả ra dựa trên các bản án và tội hình sự của quý vị. Nếu DHS không tạm giam quý vị trong thời gian 48 giờ bổ sung đó, không tính các ngày cuối tuần hoặc ngày lễ, quý vị nên liên lạc với bên giam giữ quý vị (cơ quan thi hành luật pháp hoặc tổ chức khác hiện đang giam giữ quý vị) để hỏi về việc cơ quan địa phương hoặc liên bang thả quý vị ra. Nếu quý vị tin rằng quý vị là công dân Hoa Kỳ hoặc nạn nhân tội phạm, vui lòng báo cho DHS biết bằng cách gọi ICE Law Enforcement Support Center tại số điện thoại miễn phí (855) 448-6903.

## 对被拘留者的通告

美国国土安全部（DHS）已发出对你的移民监禁令。移民监禁令是美国国土安全部用来通告执法当局，表示美国国土安全部意图在你可能从当前的拘留被释放以后继续拘留你的通知单。美国国土安全部已经向当前拘留你的执法当局要求，根据对你的刑事起诉或判罪的基础，在本当由州或地方执法当局释放你时，继续拘留你，为期不超过48小时。如果美国国土安全部未在不计周末或假日的额外48小时期限内将你拘留，你应该联系你的监管单位（现在拘留你的执法当局或其他单位），询问关于你从州或地方执法单位被释放的事宜。如果你相信你是美国公民或犯罪被害人，请联系美国移民及海关执法局的执法支援中心（ICE Law Enforcement Support Center），告知美国国土安全部。该执法支援中心的免费电话号码是 (855) 448-6903。

SAMPLE

DHS Form I-247A (02/17)                                          Page 3 of 3

EXHIBIT 4

030719-11

**SAMPLE DSD ICE NOTIFICATION REQUEST ADVISEMENT OF RIGHTS**

**Select inmates language of choice**   ICE_REL_ENG   ICE Release English

# DENVER SHERIFF DEPARTMENT ICE NOTIFICATION REQUEST

## ADVISEMENT OF RIGHTS

You are advised that Immigration and Customs Enforcement (ICE) has requested notification of your release date. This request is being sought by federal immigration authorities and ICE may be investigating your immigration status.

This document is provided to you to inform you of your rights.

You have the following rights regarding your interaction with ICE, both while you are in custody and after you have been released from custody:

➢ You have the right to remain silent and may refuse ICE's request to talk to you.

➢ You have the right to seek the advice of an attorney before deciding whether to talk with ICE. You will not be provided an immigration attorney, but you may seek one on your own. If you do not have an immigration attorney, DSD can provide you with a list of resources upon request.

➢ Anything you say may be used against you in federal immigration court or any other court of law.

I acknowledge that the Denver Sheriff's Department has provided me with a copy of this Advisement of Rights.

| Name: | | Date: | |
|---|---|---|---|
| CD #: | | Book #: | |
| DOB: | | Signature: | |

EXHIBIT 4

030719-12



**From:** Jordan, Michael P. - DSD Deputy Sheriff Captain
**Sent:** Monday, October 16, 2017 2:05 PM
**To:** Records
**Cc:** Mcmanus, Stephanie L. - DSD OU2878 Deputy Sheriff Major <Stephanie.McManus@denvergov.org>
**Subject:** ICE Fax Notifications

Good afternoon.

Effective immediately, please place an approximate time on the ICE Fax notifications (IE: Approx. 1500) for release time. Please do not put "morning, afternoon" etc.

Also, please ensure your name and serial number are on the fax stamp. Thank you



**Michael Jordan | Captain - Downtown Division**
Denver Sheriff Department | City and County of Denver
720-337-0136 - Office | 303-905-9471 - Cell
720-337-0159 - Fax
mailto:Michael.Jordan@DenverGov.Org

EXHIBIT 4

030719-13

# ICE CRIMINAL WARRANT

==DSD shall continue to detain== any individual if the request from federal immigration authorities is accompanied by a criminal warrant issued by a federal judge or magistrate or federal court clerk, or if the inmate is only in DSD custody pursuant to a writ issued to a federal immigration detention facility.

*__When an ICE Criminal Warrant is received with an I-247, Central Records Personnel (deputy sheriff or the civilian employee who retrieves the fax shall:__*
Forward to DPD ID Bureau to have a Modification of Prisoner Hold completed
- Add charge to TAG
- Follow the previous steps for "Voluntary Ice Notification I-247" except for 3b.

COURT CASES
    COURT – SELECT "OTHER JURISDICTION"
    TYPE – "INITIAL ARREST" (WILL AUTO-FILL)
    CASE# - ENTER CRIMINAL CASE # ON CRIMINAL WARRANT

COURT DATES / OFFENSES
    HEARING TYPE – SELECT "INITIAL ARREST"
    OUTCOME – SELECT "VACATED COURT DATE"
    MARK THE 'HOLD' CHECK BOX

OFFENSES / OUTCOMES
    OFFENSE – ENTER "IMMIGRATION MATTER"
    OFFENSE TYPE – UC (WILL AUTO-FILL)
    SAVE (F10)

COMMENT – ENTER "ICE CRIMINAL WARRANT" FOLLOWED BY YOUR SERIAL / CIVILIAN #, DATE AND TIME

EXHIBIT 4

030719-14

[Form screenshot: Intake record]

- CD#: T019052919
- Last Name: ICE CRIMINAL
- First Name: WARRANT
- Middle Name:
- DOB: 05/29/2001
- Age: 18
- Gender: UNKNOW
- Alerts:
- BKG#: 2019-321708
- Facility: DJC [1_INTAKE-OPN]
- Status: Active
- In/Out: In
- Reason: IARR
- Custody: Unclass

**Court Cases**

| Start Date* | Court* | Type* | Case#* | Status | DV | PC | WAR |
|---|---|---|---|---|---|---|---|
| 05/30/2019 | Other Jurisdiction | Initial Arre | 14CR00001234 | Active | ☐ | ☐ | ☐ |

Interested Parti
Case Identifier

Tabs: Court Dates / Offenses | Bond Details | MITTs | Sentences

**Court Events**

| Date* | Time* | Court* | Courtroom | Hearing Type* | Outcome | Next Event | Time | Hold | Rpt | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/30/2019 | 08:00 | OJD | | Initial Arrest | Vacated Cou | | | ☑ | ☐ | |

[Hold Details] [Court Reports]

**Offenses / Outcomes**

| Offense* | Offense Type* | UCR Code | Offense Date | Result |
|---|---|---|---|---|
| Immigration Matter | UNK | | | |

Comment: ICE CRIMINAL WARRANT - C018123 052919 1130

CLICK ON 'HOLD DETAILS' BOX
    FACILITY – SELECT "US IMMIGRATION & CUSTOMS ENFORCEMENT"
    HOLD TYPE – SELECT "IMMIGRATION HOLD"
    STATUS – SELECT "ACTIVE IMMIGRATION HOLD"
    SAVE & EXIT

**HOLD DETAILS - (OIUDHOLD)**

Hold Details

| Case# | Date | Facility* | Hold Type* | Status | Comments |
|---|---|---|---|---|---|
| 14CR00001234 | 01/25/2019 | US Immigration & Custo | IMMIGRATION HOLD | Active Immigr | |

**Bond Return Details**

| Return Date | Return Time | Facility | Address | Phone No. |
|---|---|---|---|---|

Return Instructions:

**Transportation Contact**

| Name | Phone No. | Fax No. | T I D |
|---|---|---|---|

[Save] [Exit]

BOND DETAILS
    BOND TYPE – SELECT "NO BOND ALLOWED"
    BOND AMOUNT – ENTER "NBA"
    COMMENT – ENTER "ICE CRIMINAL WARRANT" FOLLOWED BY YOUR SERIAL / CIVILIAN #, DATE AND TIME.

EXHIBIT 4

030719-15

*ALWAYS 'SAVE' WHEN PROMPTED

*PUT ICE NOTIFICATION IN OFFENDER'S LEGAL FILE

**SAMPLE VALID ICE CRIMINAL WARRANT**

AO 442 (Rev 01/09) Arrest Warrant

**UNITED STATES DISTRICT COURT**
for the
District of Colorado

United States of America
v.
1. F
_____
Defendant

Case No. 14-cr

**ARREST WARRANT**

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
_____,
(name of person to be arrested)
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
8 U.S.C. § 1326(a), (b)(1), Illegal Re-entry of a Deported Alien

Date: 09/08/2014                          s/Jennifer Hawkins
                                          Issuing officer's signature

City and state: Denver, Colorado          Jeffrey P. Colwell, Clerk, US District Court
                                          Printed name and title

**Return**

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____

Date: _____                             Arresting officer's signature

                                          Printed name and title

EXHIBIT 4

030719-16

## SAMPLE – ICE CRIMINAL WARRANT HIT



EXHIBIT 4

030719-17

==**SAMPLE IMPROPER ICE WARRANT – NOT A VALID HOLD**==

ICE has, and will probably continue to, send us warrants that are not actual valid criminal warrants. (See below example of Improper ICE Warrant). A warrant is NOT valid unless signed by a judge or a federal magistrate, or the Clerk of the District Court (example attached entitled Valid ICE Criminal Warrant)

---

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Immigration and Customs Enforcement**

**WARRANT OF REMOVAL/DEPORTATION**

Subject ID:
File No:
Event No:
Date:

To any Immigration officer of the United States Department of Homeland Security:

_____
(Full name of alien)

who entered the United States at _____ on or about _____
(Place of entry)  (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

[X] an immigration judge in exclusion, deportation, or removal proceedings
[ ] a designated official
[ ] the Board of Immigration Appeals
[ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
241 (a) (5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of: Salaries and Expenses, Department of Homeland Security 2017

J 2703 LYNCH
(Signature of Immigration officer)

Acting FOD
(Title of Immigration officer)

April 18, 2017, CENTENNIAL CO
(Date and office location)

---

EXHIBIT 4

030719-18

# ICE RELEASE

**READY FOR RELEASE**

*OFFENDER'S **ONLY** ACTIVE CASE / HOLD IS **"ICE" (CRIMINAL WARRANT).**

*AUDIT INMATE'S LEGAL FILE.

*CLEAR OFFENDER THROUGH DSD NCIC IF OVER 72 HOURS IN CUSTODY.

*PRINT "ELIGIBILITY OF INMATE RELEASE" FORM:
   "REASON FOR RELEASE" ENTER **"RELEASE TO ICE"**
   UTILIZE THE "**ICE**" STAMP AND STAMP THE FORM
   PLACE APPROPRIATE CHECK MARK ON BOX 12
   PLACE ALL ITEMS WITH INMATE'S LEGAL FILE

*PRINT A PROPERTY INVENTORY AND WRITE **"RELEASE TO ICE",** PLACE WITH INMATE LEGAL FILE.

*PROCESS, INCLUDE ANY OTHER REQUIRED DOCUMENTS FOR RELEASE.

*DISTRIBUTE INMATE'S LEGAL FILE TO "FUGITIVE DESK OFFICER" IF ON DUTY.

*IF "FUGITIVE DESK OFFICER" IS NOT ON DUTY, FAX TO ICE 303/662-1849:

   ICE DETAINER.
   STAMPED SCREEN SHOT "SUBJECT READY FOR TRANSPORT ON YOUR DETAINER", COMPLETE WITH DATE, NAME, YOUR SERIAL / CIVILIAN I.D. NUMBER.

* MAKE A COPY OF ICE DETAINER AND SUCCESSFUL FAX CONFIRMATION AND PLACE IN SERGEANT'S OFFICE – "ICE BASKET".

*PLACE SUCCESSFUL FAX CONFIRMATION IN INMATE'S LEGAL FILE.

*PLACE INMATE'S LEGAL FILE IN "FUGITIVE SECTION" – "MISCELLANEOUS".

EXHIBIT 4

030719-19

# RELEASE TO OTHER JURISDICTION

*OFFENDER'S ONLY ACTIVE CASE(S) / HOLDS ARE "OTHER JURISDICTIONS" AND ICE I-247 OR CRIMINAL WARRANT.
*AUDIT INMATE LEGAL FILE
*CLEAR OFFENDER THROUGH DSD NCIC IF OVER 72 HOURS IN CUSTODY

*PRINT "ELIGIBILITY OF INMATE RELEASE FORM":
     "REASON FOR RELEASE" ENTER "SPECIFY OTHER JURISDICTION"
     UTILIZE THE "**ICE**" STAMP AND STAMP THE FORM
     PLACE APPROPRIATE CHECK MARK ON BOX 12
     PLACE ALL ITEMS WITH INMATE'S LEGAL FILE

*PRINT A PROPERTY INVENTORY AND WRITE "RELEASE TO _____ (SPECIFY OTHER JURISDICTION) AND PLACE WITH INMATE'S LEGAL FILE.

*ACTIVE WARRANTS / DETAINERS FOR "OTHER JURISDICTION" CASE(S) / HOLDS TO BE PRINTED AND FORWARDED TO TRANSPORTING OFFICER.

   **\*ICE - \*CRIMINAL WARRANT AND I-247** SHALL BE PRINTED AND FORWARDED TO OTHER JURISDICTION  WE ARE RELEASING TO.

*PROCESS, INCLUDE ANY OTHER REQUIRED DOCUMENTS FOR RELEASE.

*DISTRIBUTE INMATE'S LEGAL FILE TO "FUGITIVE DESK OFFICER" IF ON DUTY.

*IF "FUGITIVE DESK OFFICER" IS NOT ON DUTY,  PLACE INMATE'S LEGAL FILE IN "FUGITIVE SECTION" WITH "APPROPRIATE JURISDICTION"


**AT TIME OF INMATE RELEASE:**

*AUDIT INMATE'S LEGAL FILE AND PROCESS ANY OTHER REQUIRED DOCUMENTS FOR RELEASE.

*ICE - RECORDS SHALL NOTIFY ICE WHEN INMATE IS RELEASED TO ANOTHER JURISDICTION AND TO WHAT JURISDICTION WE ARE RELEASING TO.  SEE PAGE 5 - INSTRUCTIONS FOR VOLUNTARY NOTIFICATION OF RELEASE:  I-247 RECORDS RELEASE REQUIREMENTS;  FOR CRIMINAL WARRANTS FOLLOW THE SAME INSTRUCTIONS SIMPLY REPLACE "I-247" WITH "CRIMINAL WARRANT".

*NOTIFICATION VIA DWM(S),  TTY(S) TO DEMANDING JURISDICTION THAT INMATE IS BEING TRANSFERRED  TO ANOTHER JURISDICTION WITH THEIR DETAINER(S) TO BE COMPLETED AT TIME OF INMATE RELEASE.


**ICE**
PHONE  720/873-2828  720/873-2829          FAX  303/662-1849
denverduty@ice.dhs.gov

EXHIBIT 4