Resend11-12-19;09:10AM;ICE ERO Duty Desk ;303-662-1849 # 1/ 4

**DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION DETAINER - NOTICE OF ACTION**

574696
I.C.E

Subject ID: 367171782
Event #: DEN1911886199

File No: 094 386 945
Date: November 12, 2019

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) DENVER JUSTICE CENTER
490 WEST COLFAX AVE.
DENVER, CO 80202

FROM: (Department of Homeland Security Office Address)
DENVER, CO, DOCKET CONTROL OFFICE
Denver Field Office
12445 E Caley Ave
Centennial, CO 80111

Name of Alien: TORRES-IBARRA, CECILIO

Date of Birth: 11/22/1960   Citizenship: MEXICO   Sex: M

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON** (complete box 1 or 2).

SID #: CO1303342

☒ A final order of removal against the alien;
☐ The pendency of ongoing removal proceedings against the alien;
☒ Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
☐ Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** (complete box 1 or 2).

☐ Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

IT IS THEREFORE REQUESTED THAT YOU:

• Notify DHS as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling ☒ U.S. Immigration and Customs Enforcement (ICE) or ☐ U.S. Customs and Border Protection (CBP) at 720 873-2828 . If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
• Maintain custody of the alien for a period NOT TO EXCEED 48 HOURS beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien must be served with a copy of this form for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
• Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
• Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

☐ If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

RAYMOND HARDSON - Deportation Officer
(Name and title of Immigration Officer)   (Signature of Immigration Officer) (Sign in ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____ .

Local Booking/Inmate #: ___   Estimated release date/time: ___

Date of latest criminal charge/conviction: ___   Last offense charged/conviction: ___

This form was served upon the alien on ___ , in the following manner:

☐ in person   ☐ by inmate mail delivery   ☐ other (please specify): ___

_____
(Name and title of Officer)
DHS Form I-247A (3/17)

_____
(Signature of Officer) (Sign in ink)
Page 1 of 3

EXHIBIT 6

Resent 11-29-19;04:18PM;ICE ERO Duty Desk ;303-662-1849 # 1/ 5

# DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION DETAINER - NOTICE OF ACTION

Subject ID: 357315477
Event #: DEN2011000405

File No: 088 362 954
Date: November 29, 2019

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) DENVER JUSTICE CENTER
490 WEST COLFAX AVE.
DENVER, CO 80201

FROM: (Department of Homeland Security Office Address)
DENVER, CO, DOCKET CONTROL OFFICE
Denver Field Office
12445 E Caley Ave
Centennial, CO 80111

Name of Alien: RAMIREZ-RAMIREZ, OLMAN

Date of Birth: 03/23/1988   Citizenship: HONDURAS   Sex: M

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON** (complete box 1 or 2).

- [ ] A final order of removal against the alien;
- [ ] The pendency of ongoing removal proceedings against the alien;
- [X] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** (complete box 1 or 2).

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

**IT IS THEREFORE REQUESTED THAT YOU:**

- Notify DHS as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [X] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at (720) 873-2828. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- Maintain custody of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien must be served with a copy of this form for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters
- Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

- [ ] If checked, please cancel the detainer related to this alien previously submitted to you on _____ (date).

LUCAS 9653 DEAN - Deportation Officer
(Name and title of Immigration Officer)

(Signature of Immigration Officer) (Sign in ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.

Local Booking/Inmate #: _____   Estimated release date/time: _____

Date of latest criminal charge/conviction: _____   Last offense charged/conviction: _____

This form was served upon the alien on _____, in the following manner:

- [ ] in person   [ ] by inmate mail delivery   [ ] other (please specify): _____

_____
(Name and title of Officer)

_____
(Signature of Officer) (Sign in ink)

DHS Form I-247A (3/17)

EXHIBIT 6

# DEPARTMENT OF HOMELAND SECURITY
## U.S. Immigration and Customs Enforcement
### WARRANT OF REMOVAL/DEPORTATION

Subject ID: 367315477
File No: 088 362 964
Event No: DEN2011000405
Date: November 29, 2019

To any immigration officer of the United States Department of Homeland Security:

OLMAN RAMIREZ-RAMIREZ
_____
(Full name of alien)

who entered the United States at _____ on _____
                                         (Place of entry)                                    (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☐ an immigration judge in exclusion, deportation, or removal proceedings
☒ a designated official
☐ the Board of Immigration Appeals
☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
241(a)5

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
Salaries and Expenses, Department of Homeland Security 2020

_____
J 4086 P MARTINEZ
(Signature of immigration officer)

Field Office Director
(Title of immigration officer)

November 29, 2019, Centennial, CO
(Date and office location)

```
04:20-08 p.m. 11-29-2019    3    303-662-1849
```
Resend11-29-19;04:18PM;ICE ERO Duty Desk ; 303-662-1849    # 5/ 5

Alien No: 088 362 964

To be completed by Immigration officer executing the warrant: Name of alien being removed:
OLMAN RAMIREZ-RAMIREZ

Port, date, and manner of removal: _____

[ ] Photograph of alien removed

[ ] Right index fingerprint of alien removed

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of Immigration officer taking print)

Departure witnessed by: _____
(Signature and title of Immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of immigration officer)

ICE Form I-205 (8/07)                                        Page 2 of 2

EXHIBIT 6

```
11:31:20 a.m. 12-19-2019    1    7208733716
12/19/2019   11:30   7208733_.6              CAP                        ICE   PAGE  01/05
```

**DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION DETAINER - NOTICE OF ACTION**   G50 # 5914729

Subject ID: 967478023
Event #: DEN2012000368

File No: 095 281 827
Date: December 19, 2019

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency)
DENVER JUSTICE CENTER
490 WEST COLFAX AVE.
DENVER, CO 80201

FROM: (Department of Homeland Security Office Address)
DENVER, CO, DOCKET CONTROL OFFICE
Denver Field Office
12445 E Caley Ave
Centennial, CO 80111

Name of Alien: SANCHEZ MARTIN, JUAN MIGUEL

Date of Birth: 04/22/1977      Citizenship: MEXICO      Sex:

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON (complete box 1 or 2):**

STG ID: 001258222

- [X] A final order of removal against the alien;
- [ ] The pendency of ongoing removal proceedings against the alien;
- [X] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION (complete box 1 or 2):**

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

IT IS THEREFORE REQUESTED THAT YOU:

- Notify DHS as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling. [X] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at 720-873-2829. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- Maintain custody of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien must be served with a copy of this form for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
- Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

- [ ] If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

KEVIN LIANG - DEPORTATION OFFICER
(Name and title of Immigration Officer)               (Signature of Immigration Officer) (Sign in ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.

Local Booking/Inmate #: _____   Estimated release date/time: _____
Date of latest criminal charge/conviction: _____   Last offense charged/conviction: _____
This form was served upon the alien on _____, in the following manner:
- [ ] in person   [ ] by inmate mail delivery   [ ] other (please specify): _____

_____        _____
(Name and title of Officer)                          (Signature of Officer) (Sign in ink)
DHS Form I-247A (3/17)

EXHIBIT 6

```
11:31:20 a.m. 12-19-2019    4    7208733716
12/19/2019  11:30   7208733  .6          CAP                          PAGE  04/05
```

# DEPARTMENT OF HOMELAND SECURITY
## U.S. Immigration and Customs Enforcement
### WARRANT OF REMOVAL/DEPORTATION

Subject ID: 367478023
File No: 095 281 827
Event No: DEN2012000968
Date: December 19, 2019

To any immigration officer of the United States Department of Homeland Security:

JUAN MIGUEL SANCHEZ MARTIN
(Full name of alien)

who entered the United States at  Unknown Place                on  Unknown Date
                                  (Place of entry)                 (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- [X] an immigration judge in exclusion, deportation, or removal proceedings
- [ ] a designated official
- [ ] the Board of Immigration Appeals
- [ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
241(a)(5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
Salaries and Expenses, Department of Homeland Security 2020

J 4086 P MARTINEZ
(Signature of immigration officer)

B. TALBOT
DDO 6471

Field Office Director
(Title of immigration officer)

December 19, 2019, Centennial, CO
(Date and office location)

ICE Form I-205 (8/07)

Page 1 of 2

EXHIBIT 6

```
11:31:30 a.m. 12-19-2019   3   7208738718
12/19/2019  11:30   720873  .6                CAP                              PAGE  05/05
```

Alien No: 095 281 827

To be completed by immigration officer executing the warrant: Name of alien being removed:
JUAN MIGUEL SANCHEZ MARTIN

Port, date, and manner of removal: _____

[ Photograph of alien removed ]                    [ Right index fingerprint of alien removed ]

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of immigration officer)

ICE Form I-205 (8/07)

Page 2 of 2

EXHIBIT 6

## SOLICITUD PARA NOTIFICAR AL ICE - DEPARTAMENTO DEL ALGUACIL DE DENVER

## AVISO DE DERECHOS

*Le notificamos que el Servicio de Inmigración y Control de Aduanas de Estados Unidos (ICE, por sus siglas en inglés) ha solicitado que le avisemos en qué fecha saldrá usted en libertad. Las autoridades federales migratorias están solicitando esta información, y el ICE podría estar investigando su estatus migratorio.*

*Le proporcionamos este documento para informarle de sus derechos.*

Usted tiene los siguientes derechos en relación con sus interacciones con el ICE, tanto cuando esté bajo custodia y después de que salga en libertad:

- Tiene el derecho de guardar silencio y puede rehusarse a la solicitud del ICE de hablar con usted.

- Tiene el derecho de buscar el consejo de un abogado antes de decidir hablar con el ICE. No se le proporcionará un abogado de inmigración, pero usted puede buscar uno por su cuenta. Si no tiene un abogado de inmigración, el Departamento del Alguacil de Denver (DSD, por sus siglas en inglés) puede proporcionarle una lista de recursos si la pide.

- Cualquier cosa que diga podría usarse en su contra en una corte federal migratoria o en cualquier otra corte legal.

Afirmo que el Departamento del Alguacil de Denver me proporcionó una copia de este Aviso de Derechos.

| Name: | Sanchez, Juan | Date: | 12/19/2019 |
|---|---|---|---|
| CD #: | 0000578762 | Book #: | 2019-377871 |
| DOB: | 01/01/1980 | Signature: | *(signed)* |

EXHIBIT 6