**From:** Noland, Dale A. - DOS Sr Accountant
**Sent:** Tuesday, February 25, 2020 8:13 AM
**To:** Alexander, Lanceferd L. - DSD OU2878 Deputy Sheriff Major <Lanceferd.Alexander@denvergov.org>; Blair, Jodi L. - DSD Deputy Sheriff Major <Jodi.Blair@denvergov.org>; Boston, Richard C. - DSD Deputy Sheriff Sergeant <Richard.Boston@denvergov.org>; Coyle, Connie S. - DSD Deputy Sheriff Division Chief <Connie.Coyle@denvergov.org>; Diggins, Elias A. - DSD OU2879 Deputy Sheriff Division Chief <Elias.Diggins@denvergov.org>; Gilbertson, Guy - DOS Senior Financial Analyst <Guy.Gilbertson@denvergov.org>; Gillespie-Carter, Sonya J. - DSD OU2878 Deputy Sheriff Major <Sonya.Gillespie-Carter@denvergov.org>; Gomez, Frances - DSD OU2187 Sheriff <Frances.Gomez@denvergov.org>; Guerrero, Rick J. - DSD Deputy Sheriff Major <Rick.Guerrero@denvergov.org>; Koch, Stephen V. - DSD OU2878 Deputy Sheriff Major <Stephen.Koch@denvergov.org>; Mcmanus, Stephanie L. - DSD OU2878 Deputy Sheriff Major <Stephanie.McManus@denvergov.org>; Robinson, Murphy - DOS HA1417 Manager Department of Safety <Murphy.Robinson@denvergov.org>; Serna, Daria M. - DSD CA2839 Marketing and Communications Manag <Daria.Serna@denvergov.org>; Sublet, Chad J. - CAO Senior Assistant City Attorney <Chad.Sublet@denvergov.org>; Valentine, Mark - DOS DOS Manager, Financial Services <Mark.Valentine@denvergov.org>; Wachter, Laura A. - DOS Financial Executive <Laura.Wachter@denvergov.org>
**Subject:** Biweekly Overtime and Budget Report

Good Morning,

Below is the Biweekly Overtime and Budget Report for February 24, 2020.  Please feel free to contact me if you have any questions.



EXHIBIT 7





EXHIBIT 7



**Dale A. Noland** | Senior Accountant
Department of Safety – Finance
City and County of Denver
Phone: (720) 913-9409
E-mail: dale.noland@denvergov.org
CONNECT WITH US | 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook

EXHIBIT 7