IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 20-mc-00011-WJM-MEH

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Petitioner,

v.

FRAN GOMEZ, Interim Sheriff, City of Denver,

    Respondent.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 20, 2020**.

    This matter comes before the Court sua sponte. The Court issued an order on April 20, 2020 granting the petition that originated this action and inviting the parties to "seek the Court's assistance" if they could not agree on a deadline for compliance with the subject subpoenas. ECF 17. The parties have neither contacted the Court nor filed any motion seeking assistance.

    Therefore, on or before June 1, 2020, the parties shall file a status report informing the Court whether they need assistance or whether they agree that this matter may be closed.